IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| T.S. KAO, INC. d/b/a LUCKY 7 CHINESE FOOD, THE DINNER BELL CAFÉ, INC., BILL'S PIZZA PALM SPRINGS, and BILL'S GRILL 1 LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH AMERICAN BANCARD, LLC, and GLOBAL PAYMENTS DIRECT, INC.<br><br>Defendants. | Case No. 1:16-CV-04219-SCJ<br><br>(Consolidated with Case No. 1:15-CV-03059-SCJ) |

## NOTICE OF WITHDRAWAL

Please take note that E. Adam Webb of Webb, Klase & Lemond, LLC hereby withdraws as counsel for Plaintiffs T.S. Kao d/b/a Lucky 7 Chinese Food, The Dinner Bell Café, Inc., Bill's Pizza Palm Springs, and Bill's Grill 1, LLC. Kenneth S. Canfield and Jonathan M. Palmer of Doffermyre Shields Canfield & Knowles, LLC, and Adam J. Levitt, Amy E. Keller, Adam M. Prom, and Laura E. Reasons of DiCello Levitt & Casey LLC, will continue to represent Plaintiffs.

Plaintiffs request that the Clerk of Court withdraw the appearance of E. Adam Webb and remove his email address from the Court's CM/ECF system in regard to this matter.

Respectfully submitted this 11th day of July, 2018.

                                       WEBB, KLASE & LEMOND, LLC

                                       */s/ E. Adam Webb*
                                       E. Adam Webb
                                         Ga. Bar No. 143910

                                       1900 The Exchange S.E.
                                       Suite 480
                                       Atlanta, Georgia 30339
                                       770-444-0773
                                       Adam@WebbLLC.com

                                       *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of July, 2017, I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which automatically sends email notification of such filing to all attorneys of record.

>*/s/ E. Adam Webb*
>E. Adam Webb