# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| THE DINNER BELL CAFÉ, INC., BILL'S PIZZA PALM SPRINGS, and BILL'S GRILL 1 LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH AMERICAN BANCARD, LLC, and GLOBAL PAYMENTS DIRECT, INC.<br><br>Defendants. | Case No. 1:16-CV-04219-SCJ |

## NOTICE OF WITHDRAWAL OF MOTIONS

On January 31, 2019, the undersigned counsel received electronic notice that the following motions were being submitted to Judge Jones for his consideration: Motion to Compel Discovery Responses [Doc. 104] and Motion to Quash Subpoena to DiCello Levitt & Casey LLC and Motion for Protective Order [Doc. 103]. Pursuant to the Stipulation Regarding Pending Discovery Motions [Doc. 108], filed by Defendants on October 19, 2018, these Motions have been withdrawn and need not be addressed by the Court.

Respectfully submitted, this 31st day of January, 2019.

/s/Adam J. Levitt
Adam J. Levitt (*pro hac vice*)
Amy Keller (*pro hac vice*)
Laura Reasons
Adam Prom
DiCello Levitt & Casey LLC
Ten North Dearborn Street
Eleventh Floor
Chicago, Illinois  60602
Phone:  (312) 214-7900
Email:  alevitt@dlcfirm.com
          akeller@dlcfirm.com

/s/ Jonathan M. Palmer
Kenneth S. Canfield
Ga. Bar No. 107744
Jonathan Palmer
Ga. Bar No. 453452
Doffermyre Shields Canfield
        & Knowles, LLC
1355 Peachtree Street, NE, Suite 1900
Atlanta, Georgia  30309
Phone:  404-881-8900
Email:  kcanfield@dsckd.com
Email:  jpalmer@dsckd.com

***Attorneys for Plaintiffs***

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF MOTION** has been filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Rob Remar
Joshua P. Gunnemann
Julia B. Stone
Cameron Roberts
ROGERS & HARDIN LLP
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
rremar@rh-law.com
jgunnemann@rh-law.com
jstone@rh-law.com
croberts@rh-law.com

Dated: January 31, 2019              */s/ Jonathan M. Palmer*
                                     Jonathan M. Palmer