# EXHIBIT 1

# Joint Declaration of Co-Lead Counsel

# Exhibit D

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| T.S. KAO, INC. d/b/a LUCKY 7 CHINESE FOOD, THE DINNER BELL CAFÉ, INC., BILL'S PIZZA PALM SPRINGS, and BILL'S GRILL 1 LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH AMERICAN BANCARD, LLC, and GLOBAL PAYMENTS DIRECT, INC.<br><br>Defendants. | Case No. 1:16-CV-04219-SCJ<br><br>(Consolidated with Case No. 1:15-CV-03059-SCJ) |

## <u>JOINT DECLARATION OF CO-LEAD CLASS COUNSEL</u>

(1)    This joint declaration is filed by Ken Canfield and Adam Levitt. From the inception of this action, we have served as co-lead counsel for Plaintiffs. Along with Amy Keller and Jonathan Palmer, we are applying to the Court for appointment as class counsel for the proposed settlement class.

(2)    We both have decades of experience representing plaintiffs in complex class action litigation and federal multi-district proceedings around the

country.  We have previously represented merchants in claims against payment card processors and together were class counsel for the plaintiffs in *Champs Sports Bar and Grill Co. v. Mercury Payment Systems LLC,* Case No. 1:16-CV-00012-MHC (N.D. Ga.), a case similar to this one that settled in 2017 for a cash fund of $52 million plus optional credits of valued at $20 million.  We believe that this was the first, and largest, such settlement involving a payment card processor in an American court.

(3)    Attached to this declaration as Exhibits 1 and 2 are resumes for our law firms – Doffermyre Shields Canfield & Knowles, LLC and DiCello Levitt Gutzler LLC.  These resumes detail our professional background and experience and that of our firms.  Information about our backgrounds can also be found on our firm's websites, www.dsckd.com and www.dicellolevitt.com.  For easy reference, we summarize our qualifications below.

(4)    Ken Canfield is a partner at Doffermyre Shields Canfield & Knowles, LLC.  After graduating from Dartmouth College in 1974 and Yale Law School in 1977, he was a law clerk for Frank M. Johnson, Jr., then chief judge of the United States District Court for the Middle District of Alabama; served as special assistant to the head of the Civil Division in the United States Justice Department and as special assistant to the head of the United States Environmental Protection Agency;

2

and practiced law in Denver, Colorado and with the Atlanta firm now known as Kilpatrick Townsend.  He formed his current firm in 1990.

(5)    More than twenty years ago, the *National Law Journal* referred to Doffermyre Shields Canfield & Knowles as "one of Atlanta's leading firms in high-profile, class action litigation." Since that time, the firm and Mr. Canfield have developed a national reputation in class action litigation as recognized by *Best Lawyers, U.S. News and Daily Report*, and other publications.  According to the *Chambers USA* guide "to America's leading lawyers," Mr. Canfield "is revered as a 'brilliant litigator,' particularly in relation to his work on complex class actions." The latest edition of the guide reports that Mr. Canfield is seen as the "premier plaintiff lawyer in the Atlanta market."  Among other current cases in this District, he is co-lead counsel in the *Equifax* and *Home Depot* data breach MDLs and liaison counsel in the *Androgel* antitrust MDL.

(6)    Adam Levitt is licensed to practice law in Illinois and New York and is admitted to practice before the United States Supreme Court and numerous federal circuit and district courts.  Two years ago, Mr. Levitt left a partnership at Grant & Eisenhofer, one of the country's leading class action law firms, to found his current firm, DiCello Levitt Gutzler LLC, a litigation specialty firm located in Chicago, Cleveland, New York City, and St. Louis.  A graduate of Columbia

College, Columbia University in 1990 and Northwestern University School of Law in 1993, Mr. Levitt has been recognized as one of the nation's leading advocates for plaintiffs in class action litigation. He has been lead or co-lead counsel in close to twenty MDL proceedings, led dozens more non-MDL litigations, obtained billions of dollars in recoveries, and negotiated large-scale settlements in a host of cases. Mr. Levitt is President of the Class Action Trial Lawyers, an elected member of the American Law Institute and the Economic Club of Chicago, and an appointed member of the Duke Law Center for Judicial Studies. He also speaks and writes extensively on litigation-related issues, and received the 2017 Burton Award, bestowed on the authors of the top twenty law review articles written by practicing lawyers that year. He has testified before the Illinois Supreme Court Rules Committee on class action practice and chairs an annual class action litigation conference in Chicago.

(7)     Ms. Keller is a partner of Mr. Levitt at DiCello Levitt Gutzler. Her rapidly-developing expertise and leadership in the field of consumer class actions was recently recognized when she was named an Illinois *Super Lawyers* "Rising Star," an honor limited to lawyers under the age of 40. Ms. Keller is a former, two-time Chair of the Chicago Bar Association's Class Action Committee and currently serves on the Sedona Conference's Working Group 11 on technology-

based issues.  She has been appointed to leadership positions in many state and national class actions, including co-lead counsel for the consumer plaintiffs in the *Equifax* data breach MDL, a position to which she was appointed by Chief Judge Thrash of this District.  She also worked with us in the *Mercury* class action described above.  Further background regarding Ms. Keller can be found on the attached resume of her firm and the firm's website described above.

(8)  Jonathan Palmer is the principal of Jonathan Palmer Law, an Atlanta law firm he founded after spending nine years at Doffermyre Shields Canfield & Knowles, LLC.  After graduating from the George Washington University School of Law in 2003, he practiced with Dickstein Shapiro LLP in Washington, D.C. and Kilpatrick Townsend & Stockton.  His practice focuses on complex civil litigation, including class actions.  Mr. Palmer also worked with us in representing the plaintiffs in the *Mercury* class action.  Additional background information about Mr. Palmer can be found on his website, www.jonathanpalmerlaw.com.

(9)  Class counsel began investigating potential abuses by payment card processors more than four years when Adam Levitt was approached by a small merchant who suspected he and other merchants were being systematically overcharged.  The facts were not easy to determine.  Monthly invoices sent to merchants typically are obtuse, the payment card processing industry is complex,

and relevant information is hard to come by. Mr. Levitt associated Mr. Canfield and together we spent months researching the facts and law, interviewing industry insiders and those with specific knowledge about particular processors' practices, consulting with experts, and reviewing numerous contracts and billing records.

(10) On August 31, 2015, as a result of our investigation, we filed *The Dinner Bell Café, Inc. v. North American Bancard, LLC*, No. 1:15-cv-03059-SCJ (N.D. Ga.), which we believe is the country's first class action by merchants against a payment card processor alleging inflation of fees that should have been passed through at cost. In January, 2016, we filed a similar case in this Court against Mercury Payment Systems, LLC, which as noted above was settled and the proposed settlement approved by Judge Cohen in 2017.

(11) After we filed the *Dinner Bell* action, the Court ordered Plaintiffs to show cause why the case should not be dismissed for lack of subject matter jurisdiction. Plaintiffs responded. NAB then moved to dismiss. After briefing, the motion was denied on August 4, 2016. NAB answered and later amended its answer. On December 27, 2016, as discovery was beginning, NAB moved for judgment on the pleadings with regard to Plaintiff's class action allegations and sought expedited consideration and a stay of discovery. Plaintiffs responded to both motions.

(12)   Meanwhile, on November 10, 2016, more than 14 months after the *Dinner Bell* action began, another lawyer filed *T.S. Kao, Inc. d/b/a Lucky 7 Chinese Food v. Global Payments Direct, Inc.*, No. 1:16-cv-04219-SCJ, which asserted similar claims to the ones we were already pursuing and which added Global Payments Direct, Inc. as an additional defendant.  Defendants moved to dismiss, or alternatively, to strike the class action allegations, and to stay the case. Plaintiff opposed both motions.

(13)   On January 17, 2019, all parties jointly moved to consolidate the two actions.  The Court granted the motion and directed further proceedings to take place in the *Lucky 7* action.  Plaintiffs filed a consolidated amended complaint on February 22, 2017.  Defendants moved to strike Plaintiffs' class action allegations and to dismiss for lack of subject matter jurisdiction.  That motion was fully briefed and ultimately denied on December 15, 2017.  Defendants answered on January 16, 2018 and, on March 2, 2018, moved for judgment on the pleadings. While the motion was fully briefed, it was never ruled upon.

(14)   In the interim, the parties proceeded with discovery in the consolidated action.  On September 20, 2019, because of difficulty producing massive data pertaining to the transactions processed during the class period, the parties jointly moved to extend the October 15, 2019 fact discovery deadline,

which the Court denied. The parties then engaged in intense additional discovery that continued after the deadline.  The parties also filed and briefed several motions relating to discovery disputes.

(15)   On October 18, 2019, at the parties' request, the Court agreed to extend certain deadlines, allow additional depositions, and stay the action for 90 days to permit settlement discussions. On January 18, 2019, the parties informed the Court that our settlement efforts had been unsuccessful and reengaged in the litigation process before the case settled.

(16)   The parties retained well-respected Atlanta mediator, Ralph Levy, who scheduled a face-to-face session for December 10, 2018.  Before meaningful mediation could occur, the parties understood Plaintiffs' damages experts – Ian Ratner and a team of forensic accountants from GlassRatner in Atlanta having extensive experience with the payment card processing industry – needed to calculate the class-wide damages in dispute using the voluminous data that had just been produced.  Plaintiffs presented our expert's calculations in a comprehensive mediation statement given to Mr. Levy and Defendants on December 6, 2018.

(17)   Because of the data-intensive nature of the analysis, Defendants needed more time to evaluate Plaintiffs' calculations.  Mr. Levy rescheduled the mediation for January 16, 2019.   In anticipation of that session, the parties

presented to Mr. Levy and exchanged supplemental mediation statements and additional expert analysis. Despite lasting more than 10 hours, the mediation was unsuccessful. There was vigorous disagreement regarding Plaintiffs' likelihood of prevailing on class certification and the merits. The parties could not even agree on the amount of damages at issue.

(18) After the mediation, the parties continued to negotiate with help from Mr. Levy. On February 12, 2019, Plaintiffs entered into a binding memorandum of understanding with NAB and a separate memorandum of understanding with Global. The parties informed the Court of the proposed settlement and requested 45 days so that they could reduce the memorandum of understanding with NAB into a comprehensive written settlement agreement and file the appropriate papers to begin the process of the Court's review of the proposed settlement. In response, the Court then suspended all deadlines and terminated the pending motions. On April 1, 2019, the parties asked for additional time, explaining they were unable to meet the 45 day deadline because of the complex nature of the case and the need for additional input from experts for both sides. The Court granted that request.

(19) The proposed settlement, as is typical of cases such as this one, provides that a settlement administration will be appointed by the Court to carry out the notice program and claims process, distribute the settlement benefits to

class members, and be responsible for other administrative matters. After a competitive bid process, the parties selected Angeion Group, headquartered in Philadelphia to serve as the settlement administrator, subject to the Court's approval. Angeion is one of the leading firms specializing in class action notice and administration and, in fact, for the last two years has been named by the *National Law Journal* as the nation's best class action administrator. More information about Angeion can be found on its website, www.angeiongroup.com.

(20)   At or around the time of the mediation (to the best of our knowledge), Global retained separate counsel and decided that it did not wish to be included in the same settlement agreement as NAB. Accordingly, on the same date as Plaintiffs entered into a memorandum of understanding with NAB, Plaintiffs entered into a separate memorandum of understanding with Global. That separate agreement is being filed with the Court as an exhibit to Plaintiffs' motion for an order directing notice to the class. Under the Global settlement, Global will be released but has not expressly agreed to contribute to the $15 million in monetary consideration. We do not know whether Global, in fact, will contribute any of the consideration as Global and NAB retain all rights against each other. Plaintiffs' agreeing to release Global was an express condition of the settlement with NAB. Class counsel decided that it made little sense to refuse to accept a fair and

adequate settlement offer to pursue claims against Global that likely would not increase the recovery for the class. NAB is contractually obligated to indemnify Global for the claims asserted in this action.  Further, discovery revealed that NAB, as opposed to Global, was the entity primarily responsible for assessing the fees at issue and received the resulting revenue.  Moreover, in the *Mercury* settlement, Global was similarly released but did not contribute monetarily.

(21)   The settlements with both NAB and Global were negotiated at arm's length and without collusion.  To the contrary, the negotiations were hard fought and likely would not have come to fruition without the assistance of Mr. Levy, who provided the parties with his candid assessments of the strength and weakness of the claims and defenses.

(22)   We believe that the proposed settlement of this litigation is fair, adequate, and reasonable, taking into account all of the various risks of continued litigation.  The settlement recovers roughly 16 percent of the potential damages as calculated by Plaintiffs' experts and roughly 40 percent of the potential damages as calculated by NAB.  Class members will receive substantial cash benefits. On average class members are eligible to receive roughly $40.  Many will get much more, including some whose cash payments will exceed $20,000. Class members also will receive valuable non-monetary benefits, such as the ability to terminate

NAB's services after notice of a fee increase without paying a penalty (that could exceed $295), a release from NAB, and avoiding the threat of having to pay NAB's fees in future disputes even in cases where the class member prevails.

(23)   We believe that the plaintiffs' claims in *Mercury* action were significantly stronger than the claims in this case.   That is because, among other things, the facts in *Mercury* were more favorable for the plaintiffs, more compelling, and more egregious that the facts in this case.   Further, since the *Mercury* settlement, there have been several legal decisions in similar cases that create additional hurdles here.

(24)   As a result of our investigation; knowledge of the payment card industry gained through the *Mercury* case and consulting with experts in connection with this case; the extensive discovery that was done in this case; and our damages experts' analysis of the massive amount of data produced by Defendants (which represents the details of all the payment card transactions done by potential class members over nine years), we believe that we have sufficient factual information to adequately evaluate the merits of the case and weigh the benefits of settlement against further litigation.

(25)   Based on the data produced by Defendants in this litigation and the analysis of that data by our experts, the proposed settlement class contains more

than 300,000 class members.

(26)   We declare under penalty of perjury that the information set forth above is true and correct to the best of our knowledge and belief.

Dated:  April 15, 2017

*/s/ Kenneth S. Canfield*
Kenneth S. Canfield

*/s/ Adam J. Levitt*
Adam J. Levitt

Exhibit 1

# DOFFERMYRE SHIELDS CANFIELD & KNOWLES, LLC

**1355 PEACHTREE STREET, SUITE 1725**
**ATLANTA, GEORGIA 30309**
**404.881.8900**
**WWW.DSCKD.COM**

Doffermyre Shields Canfield & Knowles, LLC, a small Atlanta firm with a national practice, represents businesses and individuals who have been harmed by others in a wide variety of civil litigation, including class actions, MDLs, environmental and toxic tort actions, personal injury cases, and complex business disputes.

The *National Law Journal* has called us "one of Atlanta's leading firms in high-profile, class action litigation." According to the *Atlanta Business Chronicle*, our firm is "considered expert in a wide range of product liability, personal injury and environmental cases" and "known for litigating high profile cases." The *Fulton County Daily Report* has touted our courtroom skill, innovative style, and "creative thinking."

*U.S. News and Daily Report* ranks the firm as one of the nation's best for "mass tort litigation/class actions – plaintiffs" and "appellate litigation." In Georgia, the firm is ranked by *U.S. News* as among the best in commercial litigation, personal injury, environmental litigation, and other areas. We have been named annually one of "America's leading business law firms" by *Chambers U.S.A.*, which has described us as "one of the most able plaintiff firms in the city ... with a terrific track record and experience in high-quality and high-stake litigation" and noted our "excellent trial lawyers."

Our lawyers have gone to top law schools and been elected to such organizations as the American College of Trial Lawyers, the American Law Institute, and the International Academy of Trial Lawyers. Firm lawyers are routinely included in publications such as *Best Lawyers, Super Lawyers, Benchmark Litigation,* and *Chambers U.S.A.,* which among other things have said the following about us based upon interviews with clients, judges, and other lawyers:

- The firm has "earned a reputation as 'Atlanta's premier plaintiff firm.'" The firm is "willing to take a lot of risk, and they run things leanly and efficiently. They don't 'lawyer up' a lot of cases." *Benchmark Plaintiff: The Definitive Guide to America's Leading Plaintiff Firms and Lawyers* (2014).

- The firm "excels in complex litigation. … Sources say: These lawyers really know how to fight for their clients. They pick their battles carefully, with judgment that can be trusted implicitly." *Chambers U.S.A.: America's Leading Lawyers for Business* (2010).

- The firm is "reputed in Atlanta as 'one of the top plaintiff firms in town.'" "Commentators praise the firm's strong litigation work and highly skilled trial lawyers." *Chambers U.S.A.* (2009).

The firm has a long history of obtaining major verdicts and settlements. Collectively, we have tried hundreds of cases -- and litigated thousands more through settlement -- involving an extraordinary variety of legal issues and factual settings. We frequently work in leadership positions with teams of lawyers from other firms on cases of national significance. Examples include the national breast implant litigation (in which one of our lawyers served as co-chair of the plaintiffs' steering committee), the managed care litigation (on which we served on the plaintiffs' steering committee), and the Masonite hardboard siding and related litigation (in which we served as co-lead counsel). Each of these cases recovered more than $1 billion for class members.

## THE FIRM'S PRINCIPAL LAWYERS

### Kenneth S. Canfield:

Mr. Canfield graduated from Dartmouth College, summa cum laude, and Yale Law School, where he was an editor of the *Yale Law Journal*. He then served as a law clerk to the Honorable Frank M. Johnson, Jr. of the U.S. District Court for the Middle District of Alabama; Special Assistant to the head of the Civil Division in the Justice Department; and Special Assistant to the Administrator of the EPA under President Carter.

Since founding the firm in 1990, Mr. Canfield's practice has focused on complex civil litigation, particularly class actions, personal injury cases, and business disputes. He has been appointed as lead counsel or to plaintiffs' steering committees in class actions and federal multi-district litigation proceedings involving a wide range of subject areas, including ERISA, RICO, products liability, consumer fraud, and insurance practices. He has also represented plaintiffs in numerous constitutional, civil rights, and election cases.

Currently, among other cases, Mr. Canfield serves as co-lead counsel in the *Equifax* and *Home Depot* data breach multi-district cases and liaison counsel in *In re Androgel Antitrust Litigation,* all of which are pending in the N.D. Ga.

Mr. Canfield is recognized in *Best Lawyers in America*, Georgia *Super Lawyers, Chambers U.S.A.: American's Leading Lawyers for Business, Benchmark,* and others. The 2010 edition of the *Chambers* guide hailed Mr. Canfield as a "brilliant trial lawyer with refreshingly good people skills who gets extraordinary results for his clients." The 2018 edition of the guide reports that Mr. Canfield is seen as "the premier plaintiff lawyer in the Atlanta market." Mr. Canfield is a past president of the Georgia Trial Lawyers Association.

**Robert E. Shields:**

Mr. Shields graduated in 1971 from New York University School of Law, where he was a Root-Tilden Scholar, awarded a Founder's Certificate for graduating in the top 5 percent of his class, and admitted into the Order of the Coif. He also was an editor of the *NYU Law Review*, a contributor to the Annual Survey of American Law, the Law School Moot Court Champion, and a member of NYU's National Moot Court Team.

Mr. Shields received his undergraduate degree from Wichita State University. Among other honors, he served two terms as president of the student body, and, in 1968, was the National Collegiate Debate Champion.

Mr. Shields has published numerous articles and several book chapters, primarily on the subject of hazardous waste and toxic torts. He has held teaching positions at Georgia State University College of Law and Emory University School of Law.

Mr. Shields is a Fellow of the International Academy of Trial Lawyers and an Advocate in the American Board of Trial Advocates. He is a Past President of its Georgia Chapter. In addition, Mr. Shields is listed in *Best Lawyers in America*, named a Georgia *Super Lawyer* by *Atlanta Magazine,* and other rating guides for his work in environmental, commercial and personal injury litigation.

**Everette L. Doffermyre:**

Everette Doffermyre specializes in business litigation and class actions. He attended the University of Virginia where he received his undergraduate degree in economics, with high honors, in 1970, and his law degree in 1973.

Mr. Doffermyre's business litigation practice has spanned the gamut from claims involving breach of contract, breach of trust or fiduciary duty, lost profits, trade secrets, patents and trademark infringement, and business torts to legal malpractice. In the area of class actions, Mr. Doffermyre has served as lead or co-lead counsel on behalf of consumers in a number of nationwide and statewide class cases involving defective home building materials to environmental claims and denial of insurance benefits.

Mr. Doffermyre has been selected by *James Magazine* as one of the "100 Best Lawyers in Georgia;" as one of "Georgia's Elite" by *Georgia Trend* magazine; by *Best Lawyers in America* as a "Best Lawyer" in Commercial Litigation and in Trusts and Estates Litigation; as one of Atlanta's "Litigation Stars" by *Benchmark*; and as a Georgia *Super Lawyer* by *Atlanta* magazine. *Chambers USA* 2009 noted that Mr. Doffermyre "is held in extremely high regard for 'his determined manner and his strong advocacy work.'"

**REPRESENTATIVE CLASS ACTION, MASS ACTION, AND MDL CASES**

Examples of class action, mass action, and MDL cases which we have handled include:

*In re: Silicone Gel Breast Implant Litigation,* (N.D. Ala.). The case recovered billions of dollars for women injured by breast implants. Deceased partner Mr. Knowles served as co-chair of the PSC.

*In* re: *Managed Care Litigation*, (S.D. Fla.). A national class action by doctors against the country's largest insurers, the case recovered more than a billion dollars and required massive business practice changes. Mr. Canfield was on the PSC.

*Naef v. Masonite Corp.,* (Mobile, Ala.). A national class action by owners of buildings with defective siding, the case was settled after a groundbreaking trial. The settlement exceeded a billion dollars. Mr. Doffermyre was co-lead counsel.

*Castano v. American Tobacco Co.,* (D. La.). This landmark class action brought by 60 law firms on behalf of the nation's smokers directly contributed to the national tobacco settlement valued in excess of $200 billion. The firm served on the executive committee.

*In re: Allstate Ins. Co. Underwriting and Rating Practices Litigation,* (M.D. Tenn.). This national consumer class action involving the Fair Credit Reporting Act settled for benefits exceeding $100 million. Mr. Canfield was co-lead counsel.

*Owens v. Monsanto Co.* (Anniston, Ala.) In this mass action, we represented several thousand African Americans injured by PCB contamination. The case settled during trial for more than $40 million. Mr. Shields was lead counsel.

*Freeman v. City of Jacksonville* (Duval County, Fl). Mr. Shields was lead counsel in this mass action on behalf of residents of a minority neighborhood harmed by ash emissions. The case settled for $75 million.

*Hinson Elec. Contracting Co. v. AT&T* (M.D. Fla.). This national class action, which alleged AT&T overcharged contractors for repairing damage to its cables, settled for benefits in excess of $38 million. Mr. Canfield was lead counsel.

*In re Home Depot Data Breach Security Litigation* (N.D. Ga.). Mr. Canfield serves as co-lead counsel in the financial institutions track in this data breach case, which settled for $27.25 million and remedial relief, believed to be the largest such settlement.

*Champs Sports Bar v. Mercury Payment Systems, LLC* (N.D. Ga.) A national class action by merchants involving alleged overbilling by a major payment card processor settled for cash payments of $52 million. Mr. Canfield served as co-lead counsel.



DICELLO LEVITT GUTZLER

**Chicago**
Ten North Dearborn Street
Eleventh Floor
Chicago, Illinois 60602

**Cleveland**
Western Reserve
Law Building
7556 Mentor Avenue
Mentor, Ohio 44060

**New York**
444 Madison Avenue
Fourth Floor
New York, New York 10022

**St. Louis**
9200 Litzsinger Road
St. Louis, Missouri 63144

## DiCello Levitt Gutzler LLC's Experience and Representative Cases

Representing institutional investors, individuals, businesses, and public clients, the firm's attorneys have successfully prosecuted and settled numerous complex cases and class actions, resulting in billions of dollars in recoveries for their clients and other class members. Partners Mark DiCello, Adam Levitt, and Greg Gutzler lead a top-notch team of recognized leaders who share a collective depth of experience and steadfast commitment to justice. Their tireless advocacy on behalf of their clients is well-known, recently leading Mike Bowers, Georgia's former Attorney General, to characterize a settlement obtained by Adam Levitt and Amy Keller, along with co-counsel in this action Kenneth Canfield, on behalf of small business owners against a major credit card processor as a "work of art," and "one of the best pieces of legal work I have ever observed." *Champs Sports Bar & Grill v. Mercury Payment Systems, LLC,* No. 16-cv-00012 (N.D. Ga.).

Based in Chicago, Cleveland, New York, and St. Louis, with a nationwide practice, the firm's attorneys have successfully led—and are presently leading—many large class and multidistrict actions, including against industry titans such as Apple, Intel, General Motors, and Equifax, and representing businesses and investors in arbitrations and litigation in multiple courts.

| REPRESENTATIVE MULTI-DISTRICT AND CLASS ACTION CASES | | |
| --- | --- | --- |
| *In re Intel Corp. CPU Marketing, Sales Practices and Products Liability Litigation*, No. 18-md-02828 (D. Or.) | Nationwide class action related to security flaws in Intel-manufactured CPUs. | Plaintiffs' Steering Committee |
| *In re Apple Inc. Device Performance Litigation*, No. 18-md-02827 (N.D. Cal.) | International class action concerning device performance throttling. | Plaintiffs' Executive Committee |
| *In re Polaris Marketing, Sales Practices, and Products Liability Litigation*, No. 18-0939 (D. Minn.) | Nationwide class action against off-road vehicle manufacturer related to design defects impacting driver safety. | Co-Lead Counsel |
| *In re Equifax, Inc. Customer Data Security Breach Litigation*, No. 17-MD-02800 (N.D. Ga.) | Data breach affecting nearly 150 million people. | Co-Lead Counsel |
| *State of New Mexico, ex rel. Hector H. Balderas v. Takata Corporation*, No. D-101-CV-2017-00176 (Santa Fe 1st Jud. Dist., N.M.) | Consumer protection lawsuit brought by state attorney general involving defective and dangerous airbags. | Counsel by Special Commission |
| *Champs Sports Bar & Grill v. Mercury Payment Systems, LLC*, No. 16-cv-00012 (N.D. Ga.) | Card processing fee class action resulting in nationwide settlement of $52 million for small businesses. | Co-Lead Counsel |
| *Sloan v. General Motors LLC*, No. 16-cv-07244-EMC (N.D. Cal.) | Excessive oil consumption defect class action. | Co-Lead Counsel |
| *State of New Mexico, ex rel. Hector H. Balderas v. Volkswagen Group of America*, No. D-101-CV-2017-00176 (Santa Fe 1st Jud. Dist., N.M.) | Consumer protection lawsuit related to corporation's use of defeat device to circumvent state consumer and environmental laws. | Counsel by Special Commission |

| | | |
|---|---|---|
| *In re Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litigation*, No. 15-md-2672 CRB (JSC) (N.D. Cal.) | Vehicle emissions/defeat device class action litigation resulting in over $16 billion in total settlements for consumers. | Plaintiffs' Steering Committee |
| *In re General Motors LLC Ignition Switch Litigation*, No. 14-md-2542 (S.D.N.Y.) | Ignition switch defect class action. | Executive Committee |
| *In re Navistar MaxxForce Litigation*, No. 14-cv-5249 (N.D. Ill.) | Nationwide truck emissions control system defect class action. | Co-Lead Counsel |
| *NCUA v. RBS Securities, Inc.*, No. 13-cv-6726 (S.D.N.Y.) | Securities litigation related to residential mortgage-backed securities; accepted offer of judgment for $129.6 million, plus fees | Represented Government Agency |
| *In re Adobe Systems, Inc. Privacy Litigation*, No. 13-cv-05226 (N.D. Cal.) | Data breach affecting 38 million customer accounts. | Executive Committee |
| *CMFG Life Ins. Co. v. RBS Sec. Inc.,* No. 12-cv-037 (W.D. Wis.) | Securities litigation related to residential mortgage-backed securities; recovery amounts confidential. | Counsel for Large Wisconsin Corporation |
| *Roberts v. Electrolux Home Products, Inc.*, No. 12-cv-1644 CAS (C.D. Cal.) | Defective dryer class action resulting in $35.5 million nationwide settlement. | Co-Lead Counsel |
| *In re Imprelis Herbicide Marketing, Sales Practices and Products Liability Litigation*, MDL No. 2284 (E.D. Pa.) | Tree and shrub damage from defective herbicide class action resulting in $550 million settlement. | Co-Lead Counsel |
| *In re Sony Gaming Networks and Customer Data Security Breach Litigation*, No. 11-md-02258 (S.D. Cal.) | Data breach case affecting 77 million accounts. | Co-Lead Counsel |
| *In re Michaels Stores Pin Pad Litigation*, No. 11-C-3350 (N.D. Ill.) | Data breach lawsuit concerning compromised payment information. | Co-Lead Counsel |
| *In re StarLink Corn Products Liability Litigation*, MDL No. 1403 (N.D. Ill.) | Biotechnology class action concerning contamination of U.S. corn supply with unapproved genetically modified trait resulting in $110 million settlement. | Co-Lead Counsel |
| *In re Genetically Modified Rice Litigation*, MDL No. 1811 (E.D. Mo.) | Biotechnology mass tort concerning contamination of U.S. rice supply resulting in aggregate settlements exceeding $1.1 billion. | Co-Lead Counsel |
| *In re Porsche Cars Plastic Coolant Tubes Litigation*, MDL No. 2233 (S.D. Ohio) | Nationwide class action involving defective engine coolant tubes resulting in $45 million settlement. | Co-Lead Counsel |

| | | |
|---|---|---|
| *In re: Reebok Easytone Litigation*, No. 10-CV-11977 (D. Mass.) | False advertising class action resulting in $25 million, non-reversionary settlement fund. | Class Counsel |
| *In re Pharmatrak, Inc. Privacy Litigation*, No. 00-11672 (D. Mass.) | Internet privacy lawsuit related to collection of personal information without consent. | Co-Lead Counsel |
| *NCUA v. Barclays Capital, Inc.*, No. 13-cv-6727 (S.D.N.Y.) & No. 12-1631 (D. Kan.) | Securities litigation related to residential mortgage-backed securities; settled for $325 million combined. | Represented Government Agency |
| *NCUA v. Wachovia Capital Markets LLC*, No. 13-cv-6719 (S.D.N.Y.) & No. 11-2649 (D. Kan.) | Securities litigation related to residential mortgage-backed securities; settled for $53 million combined. | Represented Government Agency |
| *NCUA v. Morgan Stanley & Co., Inc.*, No. 13-cv-6705 (S.D.N.Y.) & No. 13-cv-2418 (D. Kan.) | Securities litigation related to residential mortgage-backed securities; settled for $225 million combined. | Represented Government Agency |
| *NCUA v. RBS Securities, Inc., et al.*, No. 11-2340 (D. Kan.) & No. 11-5887 (C.D. Cal.) | Securities litigation related to residential mortgage-backed securities; settled for $1.1 billion. | Represented Government Agency |
| *Monsanto v. Syngenta Seeds, Inc.*, No. 07-cv-543 (E.D. Mo) | Breach of licensing agreement related to access to Monsanto's newest patented soybean technology; resulted in favorable settlement agreement. | Represented Large Biotechnology Corporation |
| *Gulf Power v. Peabody*, No. 06-cv-270 (N.D. Fla.) | Defending breach of coal supply agreement; tried to successful verdict. | Represented Large Energy Company |
| *Monsanto v. Delta & Pine Land Company* CA, No. 1970-N (Del. Chancery) | Confidential arbitration re licensing fees and obligations related Monsanto's patented cotton technology. | Represented Large Biotechnology Corporation |
| *Monsanto v. Syngenta Seeds, Inc.*, No. 2107CC-01361 (Missouri State Court, St. Louis County) | Licensing dispute related to Monsanto's patented soybean technology; tried to successful verdict; received all remedies sought, including declaratory judgment and injunctive relief. | Represented Large Biotechnology Corporation |
| *Monsanto v. Garst Seed Co.*, No. 2104CC-04999 (Missouri State Court – St. Louis County) | Breach of contract case.  Won summary judgment. | Represented Large Biotechnology Corporation |
| *In re DoubleClick, Inc. Privacy Litigation*, No. 00-civ-0641 (S.D.N.Y.) | Internet privacy class action. | Co-Lead Counsel |

| | | |
|---|---|---|
| *Supnick v. Amazon.com, Inc.,* No. C00-0221P (W.D. Wash.) | Internet privacy lawsuit related to installation of tracking software. | Co-Lead Counsel |
| *Monsanto v. E.I. du Pont De Nemours & Co. Inc.,* No. 00-cv-00952 (E.D. Mo.) | Patent infringement lawsuit; tried to successful $1 billion verdict, the fourth-largest patent-infringement jury verdict in U.S. history | Represented Large Biotechnology Corporation |

### DiCello Levitt Gutzler LLC's Experienced Roster of Attorneys

Acknowledged as Super Lawyers and Leading Lawyers by Law Dragon, and AV-Rated by Martindale-Hubbell, the attorneys of DiCello Levitt are recognized as best in their field by prominent legal publications. In addition, the firm's attorneys have been included in the Law Bulletin's 40 Under 40 award, National Trial Lawyers 40 Under 40 list, and the *Best Lawyers in America* publication.

Beyond recognition from legal publications, the firm's attorneys have contributed to the legal community through scholarship and speaking engagements, including as a panelist for the Women's Bar Association of Illinois, testifying before the Illinois Supreme Court Rules Committee on class action practice, and chairing an annual class action litigation conference in Chicago.

Biographies for the firm's attorneys proposed to lead this action follow.



**Adam J. Levitt**
Partner

EMAIL:
alevitt@dicellolevitt.com

EDUCATION
Northwestern University Law
School, J.D.

Columbia College, Columbia
University, A.B., *magna cum laude*

***Adam operates one of the nation's leading commercial litigation practices, having achieved billions in recoveries for his clients.***

A founding partner of DiCello Levitt, Adam Levitt is one of the nation's leading advocates for plaintiffs in commercial litigation, class actions, mass torts, and public client cases.  He has extensive experience leading multidistrict and other nationwide complex litigation lawsuits, with a substantial focus on deceptive trade practices, financial fraud, sophisticated technology issues, and new approaches to compound legal issues.

A leader in the field of developing novel approaches to damages methodologies, Mr. Levitt has recovered billions of dollars for clients and class members.  As co-lead counsel in three of the largest biotechnology class actions in history, he recovered more than $1.7 billion for class members: *In re Genetically Modified Rice Litig.* (E.D. Mo.) (securing settlements exceeding $1.1 billion); *In re Imprelis Herbicide, Sales Practice and Products Liability Litig.* (E.D. Pa.) ($550 million settlement); and *In re StarLink Corn Products Liability Litig.* (N.D. Ill.) ($110 million settlement).  In those cases, Mr. Levitt devised the market loss damages model used in every similar case since *StarLink*.  His legal writing related to these novel theories and damages modeling earned Mr. Levitt the Burton Award for Finest Law Firm Writer (2017) and the American Agricultural Law Association's Professional Scholarship Award (2017).

Recognized as a "pioneer" in litigation involving complex technology issues by Judge James Ware, former Chief Judge of the United States District Court for the Northern District of California, Mr. Levitt has served in leadership roles in a variety of multidistrict class action cases related to sophisticated frauds committed through the utilization of technology.  For example, Mr. Levitt was recently appointed to the Plaintiffs' Steering Committee in the nationwide class action against Intel Corp. related to security vulnerabilities in the company's ubiquitous CPUs.  *In re: Intel Corp. CPU Marketing, Sales Practices and Products Liability Litigation* (D. Or.).

Mr. Levitt's victories extend to other areas of practice, including in automotive cases, where he served as a member of the Plaintiffs' Steering Committee in *In re Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litig.* (N.D. Cal.), a case resulting in over $16 billion in total settlements for consumers.  Mr. Levitt has also served in leadership positions in a number of other cases, including *In re Polaris Mktg., Sales Practices, and Prods. Liab. Litig.* (D. Minn.) (Co-Lead Counsel); *In re Navistar Maxxforce Engines, Sales Practices and Products Liability Litig.* (N.D. Ill.) (Co-Lead Counsel); and *In re General Motors LLC Ignition Switch Litig.* (S.D.N.Y.) (Executive Committee).

Nationally recognized as an authority on class action litigation, Mr. Levitt is the President of Class Action Trial Lawyers, an elected member of the American Law Institute and the Economic Club of Chicago and serves on advisory boards for the Duke Law Center for Judicial Studies, the American Constitution Society, and the Institute for Consumer Antitrust Studies. He has testified before the Illinois Supreme Court Rules Committee on class action practice and chairs an annual class action litigation conference in Chicago.  Mr. Levitt has an "AV" rating from Martindale-Hubbell and has been named an Illinois Super Lawyer every year since 2012.

**Adam J. Levitt,**
*continued*

PRACTICE AREAS

- Antitrust Litigation
- Appellate Litigation
- Commercial Litigation
- Class Action Litigation
- Product Liability Litigation
- Public Client Litigation

HONORS

- Burton Award, Finest Law Firm Writer (2017)
- "AV" rating, Martindale-Hubbell
- Super Lawyer: Class Actions & Mass Torts, Illinois (2012-present)
- 500 Leading Lawyers in the U.S., Lawdragon (2011)
- Litigator of the Week, American Lawyer (2011)

SELECTED WRITINGS AND PRESENTATIONS

### Law review articles

- *The Gift That Keeps on Giving:  Price Overhang Damages in Commodity Crop Cases*, 51 VAL. U. L. REV. 375 (2017) (co-authored with Russell L. Lamb)
- *Agricultural "Market Touching": Modernizing Trespass to Chattels in Crop Contamination Cases*, 38 U. HAW. L. REV. 409 (2016) (co-authored with Nicole Negowetti)
- *CAFA and Federalized Ambiguity: The Case for Discretion in the Unpredictable Class Action*, 120 YALE L.J.  ONLINE 231 (2011)

### Other recent writings

- *March of the Machines – Robotic Vehicles and the Changing Landscape of Motor Vehicle Liability*, TRIAL, Vol. 53, No. 2 (2017)
- *The Volkswagen Emissions Scandal: What's Next?*, TRIAL, Vol. 52, No. 2 (2016)
- *Volkswagen Scandal is Perfect Fit for a Damages Class Action*, Portfolio Media (Law360) (September 2015)

### Recent notable presentations

- *The Current Role of Class Actions in Complex Litigation, Contemporary Issues in Complex Litigation*, Northwestern Pritzker School of Law (2018)
- *Analysis and Application of the Ninth Circuit's* Briseño v. ConAgra *Opinion*, Rapid Response: Analysis of the Ninth Circuit Rejection of Ascertainability Webinar (2017)
- *Criteria for Approving Class Action Settlements*, The Duke Law Center for Judicial Studies – Class Action Settlement Conference (2016)

ADMISSIONS

- United States Supreme Court
- United States Courts of Appeals for the First, Second, Third, Fourth, Seventh, Eighth, Ninth, Eleventh, and Federal Circuits
- United States District Courts for the District of Colorado; Northern, Central, and Southern Districts of Illinois; Northern District of Indiana; Eastern District of Michigan; District of Nebraska; Eastern and Northern Districts of Texas; and the Western District of Wisconsin
- State Courts of Illinois and New York



**Amy Keller**
Partner

EMAIL:
akeller@dicellolevitt.com

EDUCATION
John Marshall Law School, J.D.

University of Michigan, B.A.

*Amy Keller has built a national representation as a zealous consumer advocate, directing litigation strategy in nationwide class action cases.*

Amy Keller has experience successfully litigating a variety of complex litigation cases in leadership positions across the United States.  Recently, Ms. Keller was appointed to serve as co-lead counsel in the pending nationwide litigation against Equifax related to its 2017 data breach.  In that case, Ms. Keller represents nearly 150 million class members.  *In re Equifax, Inc. Customer Data Security Breach Litig.*, No. 17-MD-02800 (N.D. Ga.).  As the recently-appointed Co-Chair of Law and Briefing on the Plaintiffs' Executive Committee in *In re: Apple Inc. Device Performance Litigation* (N.D. Cal.), Ms. Keller employed her technical savviness in directing an effort to craft a nationwide and international consolidated complaint.  Ms. Keller's numerous other leadership positions have also required sophistication in not only understanding complex legal theories, but also presenting multifaceted legal strategies to ensure a favorable result to her clients.  *See, e.g., Gengler v. Windsor Window Company, et al.*, No. 16-cv-00180 (E.D. Wis.) (plaintiffs' steering committee; case resulted in nationwide settlement); *Catalano v. BMW of North America, LLC, et al.*, No. 15-cv-04889 (S.D.N.Y.) (interim settlement counsel for nationwide settlement providing repair and replacement of certain electrical parts in automobiles); *Roberts, et al. v. Electrolux Home Prods., Inc.*, No. 12-cv-01644 (C.D. Cal.) (co-lead settlement counsel in nationwide settlement).

Ms. Keller's expertise spans a wide variety of practice areas and topics—including benefit of the bargain analysis and consumer protection.  See *Grasso, et al. v. Electrolux Home Prods., Inc.*, No. 16-cv-00911 (M.D. Fla.).  Ms. Keller's experience also extends to the development of briefing and strategy at the district and appellate court level concerning ascertainability of class members in consumer class actions, complex personal jurisdiction challenges in multi-state cases, the use of conjoint analysis in determining damages, and the enforceability of arbitration clauses in consumer contracts.  See, e.g., *Conagra Brands, Inc. v. Briseño, et al.*, 138 S. Ct. 313 (2017); *Bell v. PNC Bank, Nat. Ass'n*, 800 F.3d 360 (7th Cir. 2015); and *Elward v. Electrolux Home Prods., Inc.*, No. 15-cv-09882 (N.D. Ill.); among others.

As a two-time chair of the Chicago Bar Association Class Action Committee, Ms. Keller gave a number of presentations on topics impacting large-scale consumer class actions, including presentations on emerging legal issues in technology and privacy matters and in consumer cases.  Chicago Bar Association Class Action Committee Winter Seminar, Class Actions and the Trump Administration (2017); Women's Bar Association of Illinois, Panel on Emerging Issues in Privacy and Technology Law (2017); Perrin Class Action Litigation Conference, Current Trends in Product Liability Class Action Litigation (2016); Chicago Bar Association, 2015 Annual Spring Seminar on Class Action Litigation (2015).

Ms. Keller is recognized by Illinois Super Lawyers as a "Rising Star," and serves as a board member of Public Justice, a not-for-profit legal advocacy organization.  She is a member of the Sedona Conference's Working Group 11, which focuses on litigation issues surrounding technology, privacy, artificial intelligence, and data security.  In 2018, Ms. Keller was named as a *National Law Journal* Plaintiff Trailblazer, and a one of the "Top 40 Under 40" trial lawyers in Illinois by National Trial Lawyers.

**Amy Keller,**
*continued*

PRACTICE AREAS

* Antitrust Litigation
* Appellate Litigation
* Class Action Litigation
* Commercial Litigation
* Employment Litigation

HONORS

* Super Lawyer: Rising Star, Illinois (2016-2019)
* National Trial Lawyers, Top 40 Under 40 (2018)
* Plaintiff Trailblazer, *National Law Journal* (2018)

SELECTED WRITINGS AND PRESENTATIONS

* *Class Actions and the Trump Administration*, Chicago Bar Association Class Action Committee Winter Seminar (2017)
* *Emerging Issues in Privacy and Technology Law*, Women's Bar Association of Illinois (2017)
* *Current Trends in Product Liability Class Action Litigation*, Perrin Class Action Litigation Conference in Chicago, Illinois (2016)
* *A Funny Thing Happened on the Way to the Forum: When to Choose Federal Over State Court*, American Bar Association Section of Litigation Annual Conference in Chicago, Illinois (2016)
* Chicago Bar Association 2015 Annual Spring Seminar on Class Action Litigation in Chicago, Illinois (2015)
* *Circuit Court Update, ABA Section of Labor and Employment Law*, 6th Annual Section Conference in Coronado, California (2013)
* *Preemptive Collateral Estoppel Blocks Consumer Class Action in Thorogood*, CADS Report, Vol. 21, Winter 2011 (Co-authored by associate Dawn M. Goulet)
* *The Criminal Law Edit, Alignment and Reform Initiative: A Symposium on the New Criminal Code*, 41 J. MARSHALL L. REV. 610-935 (Spring 2008) (as Chair of the Symposium)

ADMISSIONS

* United States Courts of Appeals for the Third, Seventh, Eighth, and Ninth Circuits
* United States District Courts for the Northern District of Florida, Southern District of Florida, Northern District of Illinois, Southern District of Illinois, District of Nebraska, Eastern District of Michigan, Western District of Michigan, District of Maryland
* State Courts of Illinois and Michigan

### Additional Members of the Firm

Our attorneys have the ability to successfully try cases across the spectrum of complex commercial litigation, financial fraud and securities litigation, public litigation, class actions, and other areas of law.  By bringing together top plaintiffs' attorneys, we strive to obtain justice for our clients across the United States and around the world who have experienced significant injuries at the hands of powerful defendants.



**Mark A. DiCello**
Partner

EDUCATION
Cleveland-Marshall College of Law, J.D.

University of Dayton, B.A.

*One of the nation's leading plaintiffs' attorneys, Mark regularly acts as lead and co-lead counsel in major personal injury and mass tort actions, with substantial recoveries for victims of injustice.*

Mark DiCello has established a national practice representing victims ranging from individuals suffering catastrophic personal injuries to classes of plaintiffs affected by harmful medical devices, pharmaceutical products, chemicals, and automobiles.  In recent years, he has been appointed co-lead counsel in massive multidistrict litigation involving defective pelvic mesh devices and was appointed to a plaintiffs' committee in a products liability litigation over metal hip implants, which ultimately led to over $12 billion in settlements. Always seeking to improve his craft, he has completed the curriculum of the Trial Lawyers College.

Mr. DiCello holds leadership positions in the Association of Plaintiffs' Interstate Trucking Lawyers of America, as well as The National Trial Lawyers.



**Robert F. DiCello**
Partner

EDUCATION
Cleveland-Marshall College of Law, J.D.

Northwestern University, M.A.

University of Dayton, B.A.

*A powerful storyteller and trial lawyer, Robert has earned multi-million-dollar recoveries for victims of police abuse, catastrophically injured people, and class plaintiffs.*

Mr. DiCello has extensive experience advocating for clients in mass tort and class action litigation, in addition to maintaining a growing practice focused on curbing police misconduct, government abuse, and catastrophic injury. He represents victims of police abuse around the country, earning jury verdicts of $22 million in 2016, and $8.7 million in 2017, for various cases involving police misconduct. A powerful storyteller before juries, he also frequently represents clients before appellate courts.

Working in the largest prosecutor's office in the country out of law school—the Cuyahoga County Prosecutor's Office—Mr. DiCello rose to manage as many as eight prosecutors in four different courts. During that time, he tried more than 40 jury trials, involving major felonies from financial crimes to violent crimes to drug offenses.

He received a master's degree in music from Northwestern University, and his law degree from Cleveland-Marshall College of Law, where he served as Editor-in-Chief of *The Cleveland State Law Review*.  In 2014, he attended and completed the curriculum of the Trial Lawyer's College. He was named an Ohio SuperLawyer in 2017 for his Civil Rights work.



*Kenneth has led multiple million-dollar trials involving medical malpractice, products liability, and transportation claims.*

Mr. Abbarno's practice includes a wide range of civil litigation including, but not limited to, catastrophic injury cases, transportation industry litigation, toxic torts, products liability, professional liability, employer intentional tort, and other complex litigation. He has tried well over 50 civil lawsuits, and has handled cases in Ohio, Pennsylvania, West Virginia, Virginia, Kentucky, Indiana and New York.

Selected as an Ohio Super Lawyer every year since 2010, Mr. Abbarno is also an Inside Business Leading Lawyer, rated by The Best Lawyers in America, and named Transportation Lawyer of the Year in Cleveland. He has a Superb Avvo rating of 10 out of 10.

**Kenneth P. Abbarno**
Partner

EDUCATION
Cleveland-Marshall College of Law, J.D.

Canisius College, B.A.

**Chris Stombaugh**
Partner

EDUCATION
Drake University School of Law, J.D., *with honors*

University of Wisconsin, B.A.

*Chris utilizes a multidisciplinary approach to trial advocacy through the use of cognitive neuroscience.*

Mr. Stombaugh concentrates his practice in the areas of personal injury, wrongful death, medical negligence and product liability. He has been a consistent thought leader on applying cognitive neuroscience techniques to trial advocacy as a trial lawyer and as a frequent instructor to other trial lawyers trial lawyers for most of his 25-year career.

His expertise has led to several record setting jury verdicts, often seven and eight figures. The Wisconsin native's professional passion is to empower deserving people to have their stories heard and cared about by juries in courtrooms across America.

A member of the Wisconsin Association for Justice since 1997, Mr. Stombaugh served as the organization's President for the 2014 term. He is also a member of the Iowa Association for Justice as well as the American Association for Justice. He has been chosen as a Wisconsin Super Lawyer every year since 2010 and has a 10/10 Avvo Rating. He speaks regularly to state bar and trial lawyer associations nationwide on modern and effective trial advocacy.



**John E. Tangren**
Partner

EDUCATION
University of Chicago Law School,
J.D.

University of Chicago, B.A.

*John has gained widespread recognition as an extraordinary attorney with particular success in nationwide consumer and antitrust class actions.*

John Tangren maintains a national practice in complex litigation, with vast experience in the field of commercial litigation, class action, antitrust, and automotive defect litigation. Mr. Tangren always takes a "deep dive" into both the legal and technical aspects of each of his cases. For example, he shined a light on Ford Motor Company's blatant misrepresentation and abuse of discovery when he led a briefing effort on a motion to suppress plaintiffs' ability to accurately review Ford's source code. *Johnson v. Ford Motor Co.* (S.D. W. Va.). The district court granted the motion for relief related to Ford's discovery misconduct, and Ford was consequently ordered to pay nearly half a million dollars to recompense Plaintiffs' costs and fees relating to the discovery misconduct.

Among other recognition, he has been named a class action *Super Lawyer* in Illinois for his effective representation of consumer classes in automotive and other cases, was named by the National Trial Lawyers as a "Top 40 Under 40" attorney in 2012, and an Emerging Lawyer by the Law Bulletin Publishing Company.



**Mark Hamill**
Senior Counsel

EDUCATION
Northwestern University Law
School, J.D., *cum laude*

Washington & Jefferson College,
B.A.

*Mark represents plaintiffs in all aspects of direct and class actions in commercial, antitrust, securities and consumer cases.*

Mr. Hamill concentrates on commercial, antitrust, securities, and consumer cases, often taking a lead role with expert witnesses in finance, accounting, and economics topics. He also serves as eDiscovery counsel in many of his cases, leveraging his depth of experience in this area as an attorney, and as an eDiscovery project manager serving Fortune 500 and major accounting firm clients in large-scale, high intensity projects.

Prior to joining the firm, Mr. Hamill represented Direct Action Purchaser plaintiffs in antitrust cases, advancing their interests and coordinating with counsel in parallel actions. He also represented shareholders in securities class actions at a securities boutique firm in New York, including a Chinese reverse merger case where his deposition and class certification work were instrumental to achieving a favorable settlement for the class.

Before taking on eDiscovery projects and plaintiff representations, Mr. Hamill practiced law with some of Chicago's most prominent firms, where he served on trial and arbitration hearing teams in antitrust and accounting cases. Mr. Hamill also represented clients in litigations and investigations involving commercial, securities, FCPA, and white-collar matters, including an insurance dispute arising from the Enron fraud and an internal investigation stemming from the Parmalat fraud. Prior to attending law school, Mr. Hamill worked as a CPA and consultant with KPMG and Deloitte, and as a senior internal auditor at Whirlpool Corporation.

Mr. Hamill's volunteer work includes tax preparation for low-income individuals.



**Laura Reasons**
Senior Counsel

EDUCATION
Chicago-Kent College of Law, J.D.
*Order of the Coif*

Washington University in St. Louis, B.A.

*Laura has over a decade of experience as a labor and employment attorney in matters ranging from workplace discrimination matters to counseling on compliance and best practices.*

Previously representing companies in collective and class action lawsuits under the Fair Labor Standards Act and state wage and hour laws, Ms. Reasons' experience spans multiple industries, including healthcare and hospitality. Now, as a plaintiffs' attorney, Ms. Reasons' experience has given her a unique perspective that translates well into pursuing justice for individual claimants.

Before joining private practice, Ms. Reasons served as a judicial extern to the Honorable George W. Lindberg of the Northern District of Illinois. She also has a history of performing pro bono work and community service. Throughout her career, she has served as a Public Interest Law Initiative (PILI) fellow at Domestic Violence Legal Clinic, having previously served on the organization's young professionals board. She has also represented individuals in immigration cases pro bono, including asylum seekers who were persecuted in their home countries for their sexual orientation and political party affiliation, DACA applicants, and incarcerated individuals.



**Mark M. Abramowitz**
Associate

EDUCATION
The University of Toledo College of Law, J.D.

University of Guelph, B.A.

*Mark is an emerging leader in national mass tort and technology litigation.*

Mark M. Abramowitz has established a national profile in class action and mass tort litigation, having represented plaintiffs in actions involving automotive and Internet technology issues. He has been selected to serve on national discovery review teams and participated in national mediations, resolving hundreds of cases and distributing millions of dollars to clients injured by corporations. *See In re Imprelis Herbicide, Sales Practice and Products Liability Litig.* (E.D. Pa.).

Outside of his own cases, Mr. Abramowitz actively investigates ways to integrate technology into the practice of law. Regularly consulted on cloud-based systems, discovery technology, the Internet of Things, and litigation concerning the storage and security of data, Mr. Abramowitz is developing a reputation as an authority on computing issues. *See Electronics in the Courtroom*, 29th Annual accredited CLE (2016); *How to manage a mass tort inventory*, OAJ Annual Convention (2015); *Professional Conduct – efiling*, 27th Annual CLE Update (2014); *Marketing & Electronic Communications*, 26th Annual Accredited CLE (2013).



**Daniel R. Ferri**
Associate

EDUCATION
University of Illinois College of
Law, J.D., *magna cum laude*

New York University, B.A., *cum
laude*

*Daniel litigates consumer class actions, public client cases, and
other complex commercial lawsuits.*

Mr. Ferri focuses his practice on national and statewide consumer class action
litigation. Among other recent class action engagements, he has represented
plaintiffs asserting class claims against Volkswagen arising from the carmaker's
installation of "defeat devices" to evade federal and statewide emissions
standards.

Apart from the class action context, he has successfully represented inventors and
companies in intellectual property disputes throughout the country.



**Justin J. Hawal**
Associate

EDUCATION
Cleveland-Marshall School of Law,
J.D., *cum laude*

St. Louis University, B.A.

*Justin fights for individuals who have suffered harm from
negligence, defective products, and civil rights abuses.*

Mr. Hawal brings a passion for justice to his work on behalf of victims of
corporate and government wrongdoing. His work has spanned personal injury,
product liability, and civil rights litigation. He has particular experience in cases
involving defendants in the pharmaceutical and automotive industries.

During law school, Justin was selected to join *The Cleveland State Law Review*
and published a scholarly article on independent tort actions for spoliation of
evidence under Ohio law. He was also an active member of the civil litigation
clinic, through which he represented an asylum-seeking immigrant from
Honduras, among other clients.

**Tiffany R. Wunderlin**
Associate

EDUCATION
University of South Dakota School of
Law, J.D.

Saint Mary's University of
Minnesota, B.A.

*Tiffany is a committed advocate, representing injured individuals in cases across the country.*

Since coming to the private sector, Ms. Wunderlin has established a nationwide practice representing victims of injustice.  She has developed a wide array of experience representing victims of car collisions, trucking collisions, medical malpractice, dog-bites, excessive force, and premises liability both at the trial court and appellate court level.   In addition to representing victims in the courtroom, Ms. Wunderlin has worked extensively in the area of legal focus groups, having planned and coordinated more than 100 focus groups.

Dual licensed in Wisconsin and Iowa, Tiffany began her legal career with Iowa Legal Aid where she represented clients who would have nowhere else to turn in cases involving their basic necessities, fundamental rights, and safety.

Tiffany is a member of the Wisconsin Association for Justice.  She is committed to using her passion and knowledge of the law to zealously represent her clients who have suffered injuries as a result of the carelessness of others.



**Adam Prom**
Associate

EDUCATION
The University of Texas Law
School, J.D.

Marquette University, B.A.

*A zealous advocate for consumers in complex class actions, Adam employs his skills as a young trial attorney to achieve favorable results for his clients.*

Beyond his frequent trial work in the Circuit Court of Cook County, Law Division, Adam Prom's practice is focused on representing plaintiffs in complex litigation in federal courts throughout the country.

He has been deeply involved in nationwide class actions regarding the use of sophisticated damages modeling in consumer product and vehicle defect lawsuits, where he played a key role in motion practice regarding plaintiffs' expert witnesses, class certification, and summary judgment.  *See, e.g., Elward, et al. v. Electrolux Home Products, Inc.* (N.D. Ill.); *Ryseweyk, et al. v. Sears Holdings Corp., et al.* (N.D. Ill.); and *Catalano, et al. v. BMW of North America, et al.* (S.D.N.Y.) (resulted in nationwide settlement). He also represented plaintiffs in an ERISA class action concerning misclassification of insurance agents, which resulted in a jury verdict in favor of the plaintiffs that was confirmed by the Court.  *Jammal, et al. v. American Family Ins. Group, et al.* (N.D. Ohio).



**Robert J. DiCello**
Of Counsel

EDUCATION
Cleveland-Marshall College of Law,
J.D.

John Carroll University, B.A., *cum laude*

***Robert has been one of the leading personal injury and class action attorneys in the state of Ohio for the last four decades.***

A co-founder of one of DiCello Levitt's predecessor firms, Mr. DiCello has amassed more than 45 years of professional experience and an extensive list of seven- and eight-figure recoveries for victims of injustice.  He has deep experience in a wide range of class actions, personal injury cases, complex mass torts, and probate matters. Over his long and successful career, he has won multiple appeals before the Ohio Supreme Court.

Robert put himself through Cleveland-Marshall College of Law while working as a safety director at U.S. Steel Corp.  While in law school, he was selected to join *The Cleveland-Marshall Law Review*.  He began his legal career as an assistant prosecutor in the Lake County Prosecutor's Office and later become President of the Lake County Bar Association.  He formed his own firm in 1978, managing it with great success over nearly 40 years until its members founded DiCello Levitt.



**Leo J. Clark, M.D.**
Of Counsel

EDUCATION
University of Toledo College of
Law, J.D.

George Washington University
School of Medicine, M.D.

***An accomplished neurosurgeon in addition to being a lawyer, Dr. Leo Clark lends an invaluable perspective to cases involving brain and spinal injuries.***

Dr. Clark maintains active practices as both a medical doctor and lawyer, treating vulnerable individuals with brain and spinal cord injuries in both the hospital and courtroom settings. His experience as a highly-respected neurosurgeon adds a unique and invaluable dimension to his legal representation of those who have suffered catastrophic injuries and paralysis as result of medical malpractice, truck or car accidents, police misconduct, and other misfortune. He also advises and serves as an expert witness for attorneys across the country, who regularly seek his assistance in cases involving brain and spinal injuries.

Leo performed his neurosurgical residency at Yale University, where he later conducted spinal cord research and held a teaching position at the Yale University School of Medicine. He has also taught at the University of Connecticut and New York University. He later chaired the departments of neurosurgery at St. Vincent Mercy Medical Center and St. Luke's Hospital in Toledo, Ohio.